**Order filed November 17, 2022**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-22-00268-CV**

_____

**LUBBOCK NORET PREMIERE CINEMA, LP AND LUBBOCK PREMIERE NORET CINEMA, LLC, Appellants**

**V.**

**NORET ENTERPRISES, LLC, Appellee**

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 55035**

**O R D E R**

Appellants, Lubbock Noret Premiere Cinema, LP and Lubbock Premiere Noret Cinema, LLC, filed an accelerated appeal from the trial court's October 3, 2022 order granting a temporary injunction. On October 27, 2022, Appellants filed in this court an emergency motion to stay entitled "Appellants' Emergency Motion to Stay Order Granting Temporary Injunction, and Trial Court Order Granting Motion to Enforce Injunction by No Later Than November 3, 2022." In the motion,

Appellants requested that we stay the temporary injunction, and its enforcement, pending resolution of the interlocutory appeal.

Because this court needed sufficient time to review the merits of Appellants' emergency motion, we issued a limited, temporary stay on October 28, 2022. We have now reviewed Appellants' emergency motion, Appellee's response, and Appellants' reply to Appellee's response, and we have determined that Appellants' emergency motion to stay should be denied.

Accordingly, Appellants' emergency motion to stay is denied and this court's October 28, 2022 order granting a temporary stay is dissolved, effective immediately.

PER CURIAM

November 17, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.